IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DARION GIVENS**                                                    **PLAINTIFF**

**v.**                            Civil Action No.: 3:20-cv-42-TSL-RPM

**HINDS COUNTY, MISSISSIPPI,
SHERIFF LEE VANCE, IN HIS
OFFICIAL CAPACITY, AND DETENTION
OFFICERS JOHN DOES 1-6, ALL IN THEIR
INDIVIDUAL AND OFFICIAL CAPACITIES
REPRESENTING CORRECTIONAL OFFICERS
OF THE HINDS COUNTY DETENTION CENTER –
RAYMOND AND/OR OTHER EMPLOYEES,
INCLUDING SUPERVISORY OFFICIALS WHOSE
IDENTITIES ARE CURRENTLY UNKNOWN**         **DEFENDANTS**

## SUGGESTION OF DEATH OF SHERIFF LEE VANCE

Comes now, Defendant, Sheriff Lee Vance, deceased, by and through counsel, and files this Suggestion of Death of Sheriff Lee Vance, pursuant to Rule 25 of the Federal Rules of Civil Procedure, and in support thereof, would show unto this Honorable Court the following:

1.

Defendant, Sheriff Lee Vance, passed away on August 3, 2021.

RESPECTFULLY SUBMITTED, this the 21st day of September, 2021.

                                                   **SHERIFF LEE VANCE**

                                          By:    */s/William R. Allen*
                                                        One of His Attorneys

WILLIAM R. ALLEN (MSB #100541)
KATELYN A. RILEY (MSB #105115)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS  39602-0751
Tel. 601-833-4361
Fax 601-833-6647
Email:  wallen@aabalegal.com
Email:  kriley@aabalegal.com

## CERTIFICATE

I, the undersigned, of Allen, Allen, Breeland & Allen, PLLC, one of the attorneys of record for Defendant, Sheriff Lee Vance, hereby certify that I have filed the foregoing Suggestion of Death of Sheriff Lee Vance with the Clerk of the Court using the ECF system which gave notification of the same to the following:

>Carlos E. Moore., Esq.
>The Cochran Law Firm
>P.O. Box 1487
>Grenada, MS 38902
>cmoore@cochranfirm.com
>*Attorney for Plaintiff*

This the 21st day of September, 2021.

>/s/*William R. Allen*
>OF COUNSEL