| | | | |
|---|---|---|---|
| XFR | INMATE EXTERNAL TRANSFER W/ PROPERTY TO SMCSO FROM RDC BY BG8035 ON 04/26/2019 AT 14:35 | BG8035 | 04/26/2019 (14:35) |
| UPDATE | BOOKING SCREEN SCREEN WAS UPDATED | BG8035 | 04/26/2019 (14:26) |
| UPDATE | BOOKING SCREEN SCREEN WAS UPDATED | BG8035 | 04/26/2019 (14:26) |
| CC | INMATE MOVE TO T1-1123-00 COMPLETED ON 04/26/2019 AT 13:32 | BG8035 | 04/26/2019 (13:32) |
| UPDATE | BOOKING SCREEN SCREEN WAS UPDATED | BG8035 | 04/26/2019 (13:31) |
| UPDATE | BOOKING SCREEN SCREEN WAS UPDATED | BG8035 | 04/26/2019 (13:31) |
| CC | INMATE MOVE TO A1-5162-02 COMPLETED ON 04/08/2019 AT 12:16 | VW7718 | 04/08/2019 (12:16) |
| CC | INMATE MOVE TO B4-5520-01 COMPLETED ON 04/05/2019 AT 20:00 | NJ1274 | 04/05/2019 (20:57) |
| CC | INMATE MOVE TO A4-5133-02 COMPLETED ON 04/05/2019 AT 15:45 | BG8035 | 04/05/2019 (15:45) |
| CC | INMATE MOVE TO B4-5520-01 COMPLETED ON 04/05/2019 AT 15:19 | DB9434 | 04/05/2019 (15:19) |
| CC | INMATE MOVE TO A4-5133-02 COMPLETED ON 04/05/2019 AT 13:50 | DB9434 | 04/05/2019 (13:50) |
| CC | INMATE MOVE TO B4-5521-01 COMPLETED ON 03/20/2019 AT 13:54 | KM4918 | 03/20/2019 (13:54) |
| CC | INMATE MOVE TO A2-5545-02 COMPLETED ON 02/21/2019 AT 15:18 | LS0572 | 02/21/2019 (15:18) |
| CC | INMATE MOVE TO T1-1122-00 COMPLETED ON 02/21/2019 AT 11:16 | KM4918 | 02/21/2019 (11:16) |
| CC | INMATE MOVE TO A2-5173-02 COMPLETED ON 02/15/2019 AT 14:31 | BG8035 | 02/15/2019 (14:31) |
| CC | INMATE MOVE TO B1-5544-01 COMPLETED ON 02/14/2019 AT 20:00 | NJ1274 | 02/14/2019 (21:45) |
| NOTIFY | INMATE NOTIFICATION TYPE CLASS SET FOR 05/01/2019 | TM2516 | 02/05/2019 (11:00) |
| CC | INMATE MOVE TO B3-5114-02 COMPLETED ON 01/28/2019 AT 20:26 | CR1103 | 01/28/2019 (20:26) |



GIVENS, DARION (77-00089067)
Booking # 18-00004028
Booking Date: 10/17/2018

| | | | |
|---|---|---|---|
| CC | INMATE MOVE TO B4-5130-01 COMPLETED ON 01/23/2019 AT 18:00 | CR1103 | 01/23/2019 (18:01) |
| CC | INMATE MOVE TO A3-5506-02 COMPLETED ON 12/21/2018 AT 14:12 | LS0572 | 12/21/2018 (14:12) |
| CC | INMATE MOVE TO C2-5182-01 COMPLETED ON 11/13/2018 AT 14:56 | BG8035 | 11/13/2018 (14:56) |
| CC | INMATE MOVE TO C3-5114-02 COMPLETED ON 11/08/2018 AT 13:33 | LS0572 | 11/08/2018 (13:33) |
| CC | INMATE MOVE TO A2-5184-01 COMPLETED ON 10/18/2018 AT 02:46 | MJ6473 | 10/18/2018 (02:46) |
| CC | INMATE MOVE TO B1-5152-01 COMPLETED ON 10/17/2018 AT 20:54 | BH9497 | 10/17/2018 (20:54) |
| UPDATE | CHARGE SCREEN SCREEN WAS UPDATED | BH9497 | 10/17/2018 (17:52) |
| UPDATE | CHARGE SCREEN SCREEN WAS UPDATED | BH9497 | 10/17/2018 (17:52) |
| UPDATE | BOOKING SCREEN SCREEN WAS UPDATED | BH9497 | 10/17/2018 (17:51) |
| CC | INMATE CELL ASSIGNMENT SET TO T1-1122 00 DURING INITIAL BOOKING | BH9497 | 10/17/2018 (17:50) |
| BC | INMATE PROPERTY PLACED IN BOOKING BOOKING DURING INITIAL BOOKING | BH9497 | 10/17/2018 (17:50) |
| BC | INMATE PROPERTY PLACED IN BOOKING BOOKING DURING INITIAL BOOKING | BH9497 | 10/17/2018 (17:50) |
| GTL | DATA SENT TO GTL -->JACKET: 7700089067; PIN: 1476; LAST NAME: GIVENS; FIRST NAME: DARION; ACTIVE: 0; | BH9497 | 10/17/2018 (17:50) |
| BC | INMATE PROPERTY PLACED IN BOOKING BOOKING DURING INITIAL BOOKING | BH9497 | 10/17/2018 (17:50) |
| IB | INMATE BOOKED INTO RDC | BH9497 | 10/17/2018 (17:50) |

CLT-(GIVENS)-000352