```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION
```

DARION GIVENS                                                    PLAINTIFF

VS.                                  CIVIL ACTION NO. 3:20-cv-42-TSL-RPM

HINDS COUNTY, MISSISSIPPI, ET AL.                              DEFENDANTS

## JUDGMENT

In accordance with the court's order entered this date, it is ordered and adjudged that plaintiff's complaint in this cause is dismissed without prejudice.

SO ORDERED AND ADJUDGED this 6th day of July, 2022.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE